Rovier Carrington
5901 Encina Road, Suite C-2
Goleta, CA 93117
424-226-8890
RovierCarrington@gmail.com

SUPREME COURT OF THE STATE OF NEW YORK

NEW YORK COUNTY

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>        Plaintiff,<br><br>vs.<br><br>BRIAN GRADEN, BRIAN GRADEN MEDIA, LLC, VIACOM, INC., VIACOM INTERNATIONAL, INC., PARAMOUNT PICTURES CORPORATION, BRAD GREY, BRAD GREY ESTATE, BRAD ALLEN GREY TRUST,<br><br>        Defendants. | Case No.: 1:18-cv-04609<br><br>MOTION FOR CHANGE OF VENUE. |

    COMES NOW Rovier Carrington, to move this court that venue for the above-entitled case be transferred to the Supreme Court of California, County of Los Angeles pursuant to Code of Civil Procedure section 395, due to the fact that I, Rovier Carrington and the Defendants reside in the County of Los Angeles.

    November 11, 2018.

_Rovier Carrington_ (signature)
Rovier Carrington

MOTION TO CHANGE VENUES - 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-14-18

# PRIORITY MAIL EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**U.S. POSTAGE PAID**
PME 1-Day
STUDIO CITY, CA
91604
NOV 13, 18
AMOUNT
**$24.70**
R2304E106582-5

1007
10007

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL EXPRESS™
FLAT RATE ENVELOPE
POSTAGE REQUIRED

EP13F July 2013 OD: 12.5 x 9.5
PS10001000006

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (434) 226-8840
Rovier Carrington
5901 Encina Road
Suite C-2
Goleta, CA 93117

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

TO: (PLEASE PRINT) PHONE (212)
Courthouse Intake Unit
500 Pearl Street, Room 200
New York, NY 10007

ZIP + 4® (U.S. ADDRESSEES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day ☐ 2-Day ☐ Military ☐ DPO

PO ZIP Code: 91604
Date Accepted: 11-13-18
Scheduled Delivery Date: 11-14-18
Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☑ 12 NOON
Postage: $24.70
Weight: lbs. ozs. ☐ Flat Rate
10:30 AM Delivery Fee: $
Return Receipt Fee: $
Live Animal Transportation Fee: $
Sunday/Holiday Premium Fee: $
Insurance Fee: $
COD Fee: $
Total Postage & Fees: $24.70
Acceptance Employee Initials:

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-F, JANUARY 2014 PSN 7690-02-000-9996  3-ADDRESSEE COPY

VISIT US AT USPS.COM®