Plaintiff Rovier Carrington, In Pro Se.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| ROVIER CARRINGTON, )<br>            Plaintiff, )<br>v. )<br>)<br>)<br>BRIAN GRADEN, et al. )<br>          Defendant(s) )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 18 – CV – 04609 - KPF<br><br>**Hon. Katherine Polk Failla**<br><br>[Plaintiff's second document filed on 1-11-19. Plaintiff's first document filed on 1-11-19 is a Request to Take Motion to Transfer Venue off the Court's Calendar]. |

## NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Rovier Carrington, hereby gives notice that the entire above captioned action is voluntarily dismissed, without prejudice, against all defendants.

Date: 1/11/2019

_____
Plaintiff Rovier Carrington, In Pro Se.

S.D. OF N.Y.
2019 JAN 18 PM 4:16
SDNY PRO SE OFFICE
RECEIVED

Plaintiff Rovier Carrington, In Pro Se.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br>    Plaintiff,<br>v.<br><br>BRIAN GRADEN, et al.<br>    Defendant(s) | **AFFIRMATION OF SERVICE**<br><br><br><br>Case No.: 18 – CV – 04609 - KPF |

I, Rovier Carrington, declare under penalty of perjury under the laws of the United States that I served a copy of the NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) upon all other parties in this case on January 11, 2019 by placing the document in an envelope and placing in the U.S. Mail to the following persons/entites:

See attached service list.

Date: 1/11/2019

                _____
                Plaintiff Rovier Carrington, In Pro Se.

## Service List

U.S. District Court
Southern District of New York (Foley Square)
Court's Pro Se Intake
Unit, 500 Pearl Street, Room 200, New York, NY 10007

Kevin Landau, Esq.
The Landau Group, PC
1221 Ave. of The Americas, 42nd Floor
New York, NY 10020
(917)-584-2293
Fax: (248)-671-0884
Email: kevin@thelandaugroup.com

Zachary R Landau, Esq.
The Landau Group, PC
45 Rockefeller Plaza, Ste. 2000
New York, NY 10111
(248)-535-2869
Fax: (248)-671-0884
Email: zach@thelandaugroup.com

Stanton Lawrence Stein, Esq.
Diana Arielle Sanders, Esq.
Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
Fax: (310) 979-8222
Email: lstein@raklaw.com
Email: dsanders@raklaw.com

Stephen Robert Fishbein, Esq.
Christopher Lloyd LaVigne, Esq.
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
212 848-4424
Fax: 212 848-7179
Email: sfishbein@shearman.com
Email: christopher.lavigne@shearman.com

Sarah Schacter, Esq.
Wook J Hwang, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
212-407-4000
Fax: 212-407-4990
Email: sschacter@loeb.com
Email: whwang@loeb.com

R Cannington
5401 Encina Road,
Ste C-2
Goleta, CA 93117

USMP3
SDNY

US District Court
Southern District of New York (Foley Sq
Court's Pro Se Intake Unit
500 Pearl Street, Room 200
New York, NY 10007



U.S. POSTAGE PAID
FCM LG ENV
LOS ANGELES, CA
90048
JAN 14, 19
AMOUNT
$1.21
R2307N153168-3