UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>*Plaintiff,*<br><br>v.<br><br>BRIAN GRADEN, BRIAN GRADEN MEDIA, LLC, VIACOM, INC., VIACOM INTERNATIONAL, INC., PARAMOUNT PICTURES CORPORATION, BRAD GREY, BRAD GREY ESTATE, BRAD ALAN GREY TRUST,<br><br>*Defendants.* | Case No. 18-cv-04609 (KPF)<br><br>The Honorable Katherine Polk Failla |

### NOTICE OF DEFENDANTS' MOTION FOR TERMINATING SANCTIONS AND ATTORNEYS' FEES AGAINST PLAINTIFF

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and declaration of Stanton L. Stein and exhibits thereto, Defendants Brian Graden, Brian Graden Media, LLC, Brad Grey, Brad Grey Estate, Brad Alan Grey Trust, Viacom Inc., Viacom International Inc., and Paramount Pictures Corporation, by and through their undersigned counsel, will move this Court before the Honorable Katherine Polk Failla, United States District Court Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, NY 10007 at a time and date to be set by the Court, for an Order pursuant to the Court's inherent authority and Rules 11(c) and 37(b)(2)(A) of the Federal Rules of Civil Procedure, for terminating sanctions and attorneys' fees against Plaintiff Rovier Carrington.

Dated: New York, New York  
       May 13, 2019

Respectfully submitted,

RUSS AUGUST & KABAT

By:    s/ Stanton L. Stein  
       Stanton L. Stein  
       Diana A. Sanders  
       12424 Wilshire Boulevard, 12th Floor  
       Los Angeles, California 90025  
       Telephone: (310) 826-7474  
       lstein@raklaw.com  
       dsanders@raklaw.com

*Attorneys for Defendants Brian Graden and Brian Graden Media, LLC*

SHEARMAN & STERLING LLP

By:    s/ Christopher LaVigne  
       Stephen Fishbein  
       Christopher LaVigne  
       599 Lexington Avenue  
       New York, New York 10022  
       Telephone: 212-848-4424/4432  
       sfishbein@shearman.com  
       christopher.lavigne@shearman.com

*Attorneys for Defendants Viacom Inc., Viacom International Inc., and Paramount Pictures Corporation*

LOEB & LOEB LLP

By:    s/ Wook Hwang  
       Wook Hwang  
       Sarah Schacter  
       345 Park Avenue  
       New York, New York 10154-1895  
       Telephone: (212) 407-4000  
       whwang@loeb.com  
       sschacter@loeb.com

*Attorneys for Defendants Brad Grey, Brad Grey Estate, and Brad Alan Grey Trust*