UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROVIER CARRINGTON,

                Plaintiff,

       -v.-

BRIAN GRADEN, *et al.*,

                Defendants.

18 Civ. 4609 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    On October 11, 2019, the Court held a hearing in this action and dismissed Plaintiff Rovier Carrington's case with prejudice. (Dkt. #147). At that hearing, the Court ordered Defendants' counsel to submit their applications for fees and costs by December 2, 2019. (*Id.*). Defendants' counsel duly filed applications on that date (Dkt. #151-58). The Court is prepared to accept Defendants' motions as unopposed, but wishes to provide Plaintiff with an opportunity to respond if he so desires. Therefore, if Plaintiff wishes to respond, the Court ORDERS that such a response be filed no later than January 6, 2020.

    SO ORDERED.

Dated:   December 10, 2019
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Rovier Carrington
5901 Encina Road
Suite C-2
Goleta, CA 93117
```