UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>    *Plaintiff*,<br><br>v.<br><br>BRIAN GRADEN, BRIAN GRADEN MEDIA, LLC, VIACOM, INC., VIACOM INTERNATIONAL, INC., PARAMOUNT PICTURES CORPORATION, BRAD GREY, BRAD GREY ESTATE, BRAD ALAN GREY TRUST,<br><br>    *Defendants*. | Case No. 18-cv-04609 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court, having considered defendant's Letter Motion to Substitute a Party and Amend Caption (Dkt. #168) and the lack of opposition thereto, and it appearing that the Motion should be granted,

IT IS HEREBY ORDERED that

1. The Motion is GRANTED.

2. "ViacomCBS Inc. (successor by merger to Viacom Inc.)" is hereby substituted for Viacom Inc. as the defendant in this case.

3. The case caption shall be amended accordingly.

SO ORDERED this 12th day of December, 2019.

*[signature: Katherine Polk Failla]*

_____
KATHERINE POLK FAILLA
United States District Judge