UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

ROVIER CARRINGTON,

                Plaintiff,

           -v.-

BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOMCBS INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,

                Defendants.

18 Civ. 4609 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    On January 6, 2020, the Court received an *ex parte* communication, sent as an e-mail to the Court's inbox, from Plaintiff in this matter. Plaintiff wrote in part to request an extension to the deadline the Court had set for Plaintiff's response to Defendants' fee applications. (Dkt. #164). However, Plaintiff also made several significant accusations about Defendants in his e-mail, and then requested that the e-mail be considered as privileged by the Court. Given the procedural history of this case and the nature of the statements made against Defendants, the Court does not believe that it would be appropriate to consider Plaintiff's request on an *ex parte* basis. The Court would, however, allow Plaintiff to re-file his request for an extension, along with whatever attachments he deems may be relevant and appropriate, under seal. Therefore, the Court DENIES without prejudice Plaintiff's request for an extension so that he may consider whether to re-file the request under seal.

SO ORDERED.

Dated: January 7, 2020
         New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Rovier Carrington
5901 Encina Road
Suite C-2
Goleta, CA 93117