UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>      Plaintiff,<br><br>   -v.-<br><br>BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOMCBS INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,<br><br>      Defendants. | 18 Civ. 4609 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On October 11, 2019, the Court granted Defendants' joint motion for terminating sanctions and granted Defendants the opportunity to file motions for attorneys' fees. (Dkt. #147). On December 2, 2019, and December 3, 2019, the Court received Defendants' individual motions for fees. (Dkt. #151, 155, 156). On December 10, 2019, the Court issued an Order providing Plaintiff with an opportunity to respond to the various motions, and giving Plaintiff until January 6, 2020, to do so. (Dkt. #164). On January 6, 2020, the Court received an *ex parte* communication, sent as an e-mail to the Court's chamber's inbox, from Plaintiff. Plaintiff wrote in part to request an extension to the deadline the Court had set for Plaintiff's response to Defendants' fee applications. (*Id.*). The Court denied Plaintiff's request without prejudice and offered him the opportunity to re-file his request on the docket and under seal. (Dkt. #172). The Court has received no further word from Plaintiff.

Accordingly, the Court ORDERS that briefing on Defendants' motion for fees is now closed, and the Court will consider the motions as unopposed.

SO ORDERED.

Dated:   February 7, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

Rovier Carrington
5901 Encina Road
Suite C-2
Goleta, CA 93117