UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

ROVIER CARRINGTON,

             Plaintiff,

        -v.-

BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOM, INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,

             Defendants.

18 Civ. 4609 (KPF)

ORDER

---------------------------------------------------------

KATHERINE POLK FAILLA, District Judge:

    On November 3, 2020, the Court received an application from Defendants in this matter for an order to show cause why Plaintiff and G. Scott Sobel, Esq. should not be held in civil contempt of court for violating the Court's September 11, 2020 Order. (Dkt. #192-194). Plaintiff and Mr. Sobel are ORDERED to respond to Defendants' application by November 20, 2020.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record. Counsel for Defendants is directed to serve a copy of this Order on Plaintiff's counsel.

    SO ORDERED.

Dated:   November 4, 2020
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge