UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>                      Plaintiff,<br><br>                -v.-<br><br>BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOM, INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,<br><br>                      Defendants. | 18 Civ. 4609 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2020, the Court received submissions from Plaintiff and G. Scott Sobel, Esq. (Dkt. #196, 198), in response to Defendants' November 3, 2020 application for an order to show cause (Dkt. #192-194). The same day, Plaintiff filed a motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Dkt. #197). Defendants are ORDERED to file any responses to Plaintiff and Mr. Sobel's submissions on or before December 11, 2020.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at his address of record. Counsel for Defendants is directed to serve a copy of this Order on Plaintiff's counsel.

SO ORDERED.

Dated:  November 23, 2020
        New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge