UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROVIER CARRINGTON,<br><br>                          Plaintiff,<br><br>                  -v.-<br><br>BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOMCBS INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,<br><br>                          Defendants. | 18 Civ. 4609 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      On December 23, 2020, the Court granted Defendants' motion for an order to show cause why Plaintiff Rovier Carrington and G. Scott Sobel, Esq. should not be held in civil contempt for violation of the Court's September 11, 2020 Order (Dkt. #180) and why sanctions should not be imposed against them. (Dkt. #206). The Court's understanding is that Plaintiff and Mr. Sobel remain in noncompliance with its September 11, 2020 Order. However, in response to Mr. Sobel's application by email for an adjournment of the January 15, 2021 order to show cause hearing, the Court hereby ADJOURNS the hearing to January 22, 2021, at 3:30 p.m.

      The hearing will take place by videoconference. Instructions for accessing the videoconference will be shared in advance of the hearing.

SO ORDERED.

Dated:   January 14, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge