UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROVIER CARRINGTON,

                Plaintiff,

              -v.-

BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOMCBS INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,

                Defendants.

18 Civ. 4609 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

    There is currently an order to show cause hearing in this matter scheduled for January 22, 2021. On January 20, 2021, Mr. Sobel submitted by email a request to adjourn the hearing due to continued medical issues. The Court accordingly ADJOURNS the hearing to February 4, 2021, at 2:00 p.m. The Court grants the adjournment with the understanding that medical issues prevent Mr. Sobel from fulfilling his responsibilities as an attorney not only in this case, but in his other cases as well. Were the Court to learn that Mr. Sobel was able to work on the related case in the Central District of California, while professing an inability to appear before the Court in this matter, it would take that fact into consideration in resolving the applications currently pending before the Court.

    The hearing will take place by videoconference. Instructions for accessing the videoconference will be shared in advance of the hearing.

2

SO ORDERED.

Dated:  January 21, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge