UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROVIER CARRINGTON,

               Plaintiff,

               -v.-

BRIAN GRADEN; BRIAN GRADEN MEDIA, LLC; VIACOM, INC.; VIACOM INTERNATIONAL INC.; PARAMOUNT PICTURES CORPORATION; BRAD GREY; BRAD GREY ESTATE; and BRAD ALAN GREY TRUST,

               Defendants.

18 Civ. 4609 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

In an Order issued on February 8, 2021 (Dkt. #214), this Court, having found Plaintiff Rovier Carrington and his counsel, G. Scott Sobel, Esq., to be in civil contempt of the Court's September 11, 2020 and December 23, 2020 Orders (Dkt. #180, 206), ordered that Plaintiff and Mr. Sobel be sanctioned until they complied fully with the Court's orders. On February 19, 2021, Plaintiff and Mr. Sobel filed a notice informing the Court that they have withdrawn the complaint filed in the United States District Court for the Central District of California, in compliance with the Court's orders. (Dkt. #218). As such, the Court hereby VACATES those portions of its February 8, 2021 Order pertaining to the sanctions against Plaintiff and Mr. Sobel.

The Court will transmit a copy of this Order by email to the U.S. Marshals Service for the Central District of California.

2

SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2